# ELECTRONIC RECORD

**076-15**

COA #   06-14-00063-CR     OFFENSE:   22.01

STYLE:   James Earl Piland v. The State of Texas     COUNTY:   Rusk

COA DISPOSITION:   Affirmed     TRIAL COURT:   4th District Court

DATE: 12/17/14     Publish: YES    TC CASE #:   CR 13-214

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   James Earl Piland v. The State of Texas     CCA #:   **076-15**

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____STRUCK_____     JUDGE: _____

DATE: _04/22/2015_     SIGNED: _____    PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

_____PRO SE_____ **PETITION**

**FOR DISCRETIONARY REVIEW**

IS _REFUSED_

DATE _08/26/2015_

_Per Curiam_

**JUDGE**

**ELECTRONIC RECORD**